**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JAMES ALBERT GEORGE, IV,            :
                                    :
              Plaintiff,            :
                                    :
      v.                            :        CIVIL ACTION NO.: CV514-033
                                    :
LT. CHARLES NEWHAM;                 :
CORRECTIONS CORPORATION             :
OF AMERICA; and WARDEN,             :
                                    :
              Defendants.           :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Corrections Corporation of America and the Warden are **dismissed**. Additionally, Plaintiff's property claims and deliberate indifference claims are also **dismissed**.

**SO ORDERED**, this 16 day of _____July_____, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA